FILED

2021 Jan-26  PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROGER WEBB,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:20-CV-01732-CLM** |
| | ) | |
| **LIFE INSURANCE COMPANY** | ) | |
| **OF NORTH AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL

The Court, having been advised by the remaining parties to this action that a settlement has been reached, **DISMISSES** this case WITHOUT PREJUDICE.   The court retains jurisdiction of this action to reinstate the case, if any party represents to the court **on or before March 26, 2021** that final settlement documentation could not be completed. The parties may request additional time to file dismissal documents if necessary. All pending deadlines and settings in this case, including discovery and dispositive motion deadlines, are **CANCELLED.**

   **DONE** and **ORDERED** this 26th day of January, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE